# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D23-2686
LT Case No. 2023-CC-25855

_____

RONALD E. KIBBEY,

    Appellant,

    v.

BRANO'S ITALIAN GRILL, ROBERT
HILL AND JUNE FERREIRA A/K/A
JUNE EDWARDS,

    Appellees.

_____

On appeal from the County Court for Brevard County.
Kathryn C. Jacobus, Judge.

Ronald E. Kibbey, Cocoa, pro se.

No Appearance for Appellee.

September 26, 2023

PER CURIAM.


AFFIRMED. *See* Fla. R. App. P. 9.315(a).


LAMBERT, HARRIS, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____